# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br>Defendants. | Adv. No. 21-50966 (LSS)<br><br>**Hearing Date: November 10, 2022 at 11:00 a.m. (ET)**<br>**Objection Deadline: October 14, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
DIRECTING LAURA D. HILD TO APPEAR FOR A DEPOSITION**

**PLEASE TAKE NOTICE** that David W. Carickhoff, the Chapter 7 Trustee ("Plaintiff" or the "Trustee") of the estate of Live Well Financial, Inc. ("Live Well" or "Debtor"), has filed the *Chapter 7 Trustee's Motion for Entry of an Order Directing Laura D. Hild to Appear for a Deposition* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware,

3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Trustee on or before **October 14, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed, served, and received, a hearing on the Motion is scheduled to be held before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **November 10, 2022 at 11:00 a.m. (ET)**.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUTPCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: September 30, 2022 | */s/ Stanley B. Tarr* |
| | Stanley B. Tarr (No. 5535) |
| | BLANK ROME LLP |
| | 1201 N. Market Street, Suite 800 |
| | Wilmington, Delaware 19801 |
| | Tel: (302) 425-6400 |
| | Facsimile: (302) 425-6464 |
| | Email: Stanley.Tarr@blankrome.com |
| | |
| | -and- |
| | |
| | Michael B. Schaedle (admitted *pro hac vice*) |
| | Michael D. Silberfarb (admitted *pro hac vice*) |
| | Huaou Yan (admitted *pro hac vice*) |
| | Matthew E. Kaslow (admitted *pro hac vice*) |
| | BLANK ROME LLP |
| | One Logan Square |
| | 130 North 18th Street |
| | Philadelphia, Pennsylvania 19103 |
| | Tel.: 215-569-5500 |
| | Fax: 215-569-5555 |
| | Mike.Schaedle@BlankRome.com |
| | Michael.Silberfarb@BlankRome.com |
| | Huaou.Yan@BlankRome.com |
| | Matt.Kaslow@BlankRome.com |
| | |
| | -and- |
| | |
| | Alan M. Root (No. 5427) |
| | Bryan J. Hall (No. 6285) |

ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Tel.: 302-777-4350
Fax: 302-777-4352
aroot@archerlaw.com
bjhall@archerlaw.com

*Counsel for David W. Carickhoff,
the Chapter 7 Trustee*