**EXHIBIT A**

(Proposed Order)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br>                Defendants. | Adv. No. 21-50966 (LSS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re. Adv. No. \_\_\_\_** |

## ORDER DIRECTING LAURA D. HILD TO APPEAR FOR A DEPOSITION

Upon consideration of *Chapter 7 Trustee's Motion for Entry of an Order Directing Laura D. Hild to Appear for a Deposition* (the "Motion")[1] the objections thereto, if any, as well as the evidence presented and the arguments of counsel, if any; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) due and proper notice of the Motion has been given; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. On _____ \_\_, 2022 at 10:00 a.m. (prevailing Eastern Time), Laura D. Hild shall appear and be sworn for a deposition at the offices of Blank Rome LLP, co-counsel to the Trustee, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801, or as otherwise mutually agreed to by the parties.

3. The deposition shall be conducted in accordance with Local Bankruptcy Rule 7030-1 and the applicable Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

4. The scope of examination during the deposition shall be limited to the following matters: (i) the management, control, and ownership of the Hild Entities; (ii) the assets of the Hild Entities and any sale, transfer or disposition of such assets; (iii) Laura D. Hild's and the Hild Entities' prior representations to the Court, the Trustee and/or his counsel regarding items (i) and (ii); and (iv) any other matters that may be testified to by Laura D. Hild during the deposition.

5. If Laura D. Hild fails to appear for the deposition or otherwise violates the provisions of this Order, the Court shall schedule a further hearing to determine appropriate sanctions pursuant to Rule 30(d)(2) of the Federal Rules of Civil Procedure and Rule 7030 of the Federal Rules of Bankruptcy Procedure.

6. This Court retains jurisdiction regarding the implementation, interpretation, and enforcement of this Order.