**<u>EXHIBIT D</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
UNITED STATES OF AMERICA,                                     :   **TO BE FILED UNDER SEAL**
                                                              :
    -v.-                                                      :   POST-INDICTMENT
                                                              :   RESTRAINING ORDER
MICHAEL HILD,                                                 :
                                                              :   19 Cr. 602
                    Defendant.                                :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of GEOFFREY S. BERMAN, United States Attorney, based on the Affidavit of Special Agent William Bolinder, Federal Bureau of Investigation, executed on August 28, 2019, and upon a finding of probable cause that the Forfeitable Assets, defined below, are subject to restraint and forfeiture pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

**IT IS HEREBY ORDERED** that MICHAEL HILD, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of him, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that MICHAEL HILD, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of him, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken,

any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture. The property and other interests hereby restrained include, but are not limited to, the following:

i. Any and all assets held in account ▮▮▮▮▮▮▮▮ in the name of "Michael C. Hild" and "Laura D. Hild" at Wells Fargo Bank (the "Wells Fargo Account" and the assets therein, the "Wells Fargo Assets").

ii. Any and all assets held in account ▮▮▮▮▮▮▮▮ in the name of "Churchill Ventures LLC" at Virginia Credit Union (the "663 Account" and the assets therein, the "663 Account Assets").

iii. All ownership interest in the following entities, which are owned directly or indirectly by Michael Hild or Laura Hild:

   i. Anderson's Neck LLC

   ii. The Butterbean LLC

   iii. Climax Beverage Company

   iv. Dogtown Brewing LLC

   v. Gardenia LLC

   vi. Hot Diggity Donuts LLC

   vii. Urban Bleat Cheese Company

   viii. Church Hill Ventures LLC

iv. The following properties, which are owned indirectly by Michael Hild or Laura Hild:

   i. 7 East 19th Street, Richmond, VA

2

ii. 12 West 10th Street, Richmond, VA

iii. 1920 Bainbridge Street, Richmond, VA

iv. 1922 Bainbridge Street, Richmond, VA

v. 2000 Bainbridge Street, Richmond, VA

vi. 1704 Boston Street, Richmond, VA

vii. 1803 Boston Street, Richmond, VA

viii. 1903 Boston Street, Richmond, VA

ix. 2100 Chicago Avenue, Richmond, VA

x. 1201 Decatur Street, Richmond, VA

xi. 1214 Decatur Street, Richmond, VA

xii. 1219 Decatur Street, Richmond, VA

xiii. 2100 Edwards Avenue, Richmond, VA

xiv. 2106 Edwards Avenue, Richmond, VA

xv. 1806 Everett Street, Richmond, VA

xvi. 1001 Hull Street, Richmond, VA

xvii. 1009 Hull Street, Richmond, VA

xviii. 1228 Hull Street, Richmond, VA

xix. 1427 Hull Street, Richmond, VA

xx. 1518 Hull Street, Richmond, VA

xxi. 1603 Hull Street, Richmond, VA

xxii. 1812 Hull Street, Richmond, VA

xxiii. 1814 Hull Street, Richmond, VA

xxiv. 1901 Hull Street, Richmond, VA

xxv. 1910 Hull Street, Richmond, VA

xxvi. 2005 Hull Street, Richmond, VA

xxvii. 1703 Maury Street, Richmond, VA

xxviii. 1804 Stockton Street, Richmond, VA

xxix. 1806 Stockton Street, Richmond, VA

all of which are alleged to constitute proceeds of violations of (i) Title 18, United States Code, Section 371 (conspiracy to commit securities fraud); (ii) Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud); (iii) Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2 (securities fraud); (iv) Title 18, United States Code, Sections 1343 and 2 (wire fraud); and (v) Title 18, United States Code, Sections 1344 and 2 (financial institution fraud).

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

**IT IS FURTHER ORDERED** any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorneys to clarify the scope of the Order: Assistant United States Attorneys Scott Hartman, Telephone Number (212) 637-2357, and Jordan Estes, Telephone Number (212) 637-2543. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made in writing by Assistant United States Attorneys Hartman and/or Estes.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, the attorneys, agents, and employees, and all persons in active concert or

4

participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court;

**IT IS FURTHER ORDERED** that this Restraining Order and all papers submitted therewith shall be maintained under seal until further order of this Court, except that the United States Attorney's Office or its designee(s) may provide copies of (1) this Order; (2) the application of GEOFFREY S. BERMAN, United States Attorney, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461; and (3) the Affidavit of Special Agent Brandon Racz, Federal Bureau of Investigation, to any person, including any relevant law enforcement agency, financial institutions, and/or the defendant, to assist in the execution of this Order; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be served on the defendant or his attorneys.

Dated: New York, New York
August 28, 2019

_____
THE HONORABLE GREGORY H. WOODS
United States District Judge, Part 1
Southern District of New York

5