**EXHIBIT E**

Anderson's Neck LLC 2019 Amendment

# AMENDMENT TO THE OPERATING AGREEMENT

## OF

## ANDERSON'S NECK, LLC

**THIS AMENDMENT TO THE OPERATING AGREEMENT OF ANDERSON'S NECK, LLC**, a Virginia limited liability company (the "Company"), is made as of December, 2019, by the undersigned Member of the Company.

On the date written above, Michael C. Hild was named Manager and has full authority to bind contracts, leases and purchase/sale agreements on behalf of the Company. Laura Dyer Hild remains sole Member of the Company.

**IN WITNESS WHEREOF**, the sole Member has executed this Amendment of ANDERSON'S NECK, LLC, a Virginia limited liability company, as of the date first written above.

Member

*/s/ Laura Dyer Hild*

Name: Laura Dyer Hild

Church Hill Ventures, LLC 2019 Amendment

# AMENDMENT TO THE OPERATING AGREEMENT

## OF

## CHURCH HILL VENTURES, LLC

**THIS AMENDMENT TO THE OPERATING AGREEMENT OF CHURCH HILL VENTURES, LLC**, a Virginia limited liability company (the "Company"), is made as of December, 2019, by the undersigned Member of the Company.

On the date written above, Michael C. Hild was named Manager and has full authority to bind contracts, leases and purchase/sale agreements on behalf of the Company. Laura Dyer Hild remains sole Member of the Company.

**IN WITNESS WHEREOF**, the sole Member has executed this Amendment of CHURCH HILL VENTURES, LLC, a Virginia limited liability company, as of the date first written above.

Member

_____
Name: Laura Dyer Hild