IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>          Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>          Plaintiff,<br><br>   - against -<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100;<br><br>          Defendants. | Adv. Pro. No. 21-50966 (LSS) |

**ORDER DENYING MOTION FOR PROTECTIVE ORDER REGARDING
NOTICE OF DEPOSITION OF LAURA D. HILD**

Upon consideration of the *Motion for Protective Order Regarding Notice of Deposition of Laura D. Hild* (the "Motion") and any responses thereto, and the Court finding that (a) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); it is hereby ORDERED that:

1. The Motion is DENIED.

2. Laura D. Hild's deposition shall be consistent with the accommodations set forth in paragraph 28 of the Chapter 7 trustee's objection.

Dated: January 12, 2023
Wilmington, DE 19801

_____
UNITED STATES BANKRUPTCY COURT JUDGE