## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br>                Defendants. | Adv. No. 21-50966 (LSS) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **Thursday, October 30, 2025 at 10:00 a.m. (prevailing Eastern Time)** in connection with pending matters in the above captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** this status conference will be conducted via Zoom. Parties should register using the eCourtAppearance tool ([available here](available here)) or on the court's

website at www.deb.uscourts.gov. **The deadline to register is 4:00 PM (prevailing Eastern Time) on October 29, 2025.**

Dated: September 29, 2025　　　　　　　　　　**BLANK ROME LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　*/s/ Lawrence R. Thomas III*
　　　　　　　　　　　　　　　　　　　　　Stanley B. Tarr (DE No. 5535)
　　　　　　　　　　　　　　　　　　　　　Lawrence R. Thomas III (DE No. 6935)
　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 425-6400
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 425-6464
　　　　　　　　　　　　　　　　　　　　　Email:　　　Stanley.Tarr@BlankRome.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lorenzo.Thomas@BlankRome.com

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　Michael B. Schaedle (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Michael D. Silberfarb (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　　　130 North 18th Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　　Telephone:　(215) 569-5500
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(215) 569-5555
　　　　　　　　　　　　　　　　　　　　　Michael.Schaedle@BlankRome.com
　　　　　　　　　　　　　　　　　　　　　Michael.Silberfarb@BlankRome.com

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　Bryan J. Hall (No 6285)
　　　　　　　　　　　　　　　　　　　　　**CHIPMAN BROWN CICERO & COLE LLP**
　　　　　　　　　　　　　　　　　　　　　1313 N. Market Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Tel: (302) 414-8906
　　　　　　　　　　　　　　　　　　　　　hall@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　　*Special Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I, Stanley B. Tarr, certify that on September 29, 2025, I caused a copy of the foregoing *Notice of Status Conference* to be served (1) by CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) by electronic mail on the following parties:

Charles J. Brown, III
**Gellert Scali Busenkell & Brown LLC**
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
cbrown@gsbblaw.com

Michael and Laura Hild
2302 E. Marshall Street
Richmond, VA 23223
michaelchristopherhild@gmail.com

Dated: September 29, 2025              */s/ Lawrence R. Thomas III*
                                                              Lawrence R. Thomas III (DE No. 6935)