# BLANKROME

1201 N. Market Street | Suite 800 | Wilmington, DE 19801
blankrome.com

Phone:   (302) 425-6479
Fax:     (302) 428-5104
Email:   stanley.tarr@blankrome.com

October 27, 2025

**BY CM/ECF**
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    *In re Live Well Financial, Inc.*, Case No. 19-11317-LSS; *David W. Carickhoff, solely in his capacity as Chapter 7 Trustee of Live Well Financial, Inc. v. Michael C. Hild, et al.*, Adv. Proc. No. 21-50966-LSS

Dear Judge Silverstein:

    This firm represents David W. Carickhoff, the Chapter 7 Trustee of the estate of Live Well Financial, Inc. and Plaintiff in the above-captioned adversary proceeding against, *inter alios*, Defendants Michael C. Hild, Laura D. Hild, and various limited liability companies purportedly wholly owned by Laura D. Hild[1] (collectively, the "Hild Defendants").

    We write to inform the Court that, on October 15, 2025, the United States Court of Appeals for the Second Circuit entered the (i) *Amended Summary Order*, affirming the January 31, 2023 judgment of the United Sates District Court for the Southern District of New York against Michael Hild, and (ii) *Order*, denying Michael Hild's petition for panel rehearing. Copies of the Orders are attached hereto for the Court's reference.

                                                                                                Respectfully submitted,

                                                                                                Stanley B. Tarr

Enclosure
cc: All parties (*via* ECF, *email*)

---

[1] Specifically: Defendants Church Hill Ventures LLC, Anderson's Neck LLC, The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC.