## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, certify that on October 27, 2025, I served or caused to be served the foregoing *Notice of Agenda of Matters Scheduled for Hearing on October 30, 2025 at 10:00 A.M. (ET),* by email upon all parties that have requested in this case to receive notice pursuant to Bankruptcy Rule 2002, which parties are identified on the attached service list.

                                                    */s/ Stanley B. Tarr*
                                                    Stanley B. Tarr (DE No. 5535)

## SERVICE LIST

| | | |
|---|---|---|
| Linda J. Casey, Esq. | Office of the United States Trustee | linda.casey@usdoj.gov |
| Neil B. Glassman, Esq. | Bayard, P.A. | nglassman@bayardlaw.com |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Nicolas E. Jenner, Esq. | Landis Rath & Cobb LLP | jenner@lrclaw.com |
| Adam C. Harris, Esq. | Schulte Roth & Zabel LLP | adam.harris@srz.com |
| Tara LeDay, Esq. | McCreary, Veselka, Bragg & Allen, | tleday@mvbalaw.com |
| John W. Weiss, Esq. | Alston & Bird LLP | john.weiss@alston.com |
| William S. Sugden, Esq. | Alston & Bird LLP | will.sugden@alston.com |
| Alexandra D. Blye, Esq. | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell, Esq. | Gellert Scali Busenkell & Brown, | mbusenkell@gsbblaw.com |
| R. Craig Martin, Esq. | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen, | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace, Esq. | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner, | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer, Esq. | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner, Esq. | Raisner Roupinian LLP | jar@raisnerroupinian.com |
| René S. Roupinian, Esq. | Raisner Roupinian LLP | rsr@raisnerroupinian.com |
| David M. Klauder, Esq. | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar, Esq. | Chiesa Shahinian & Giantomasi | bkantar@csglaw.com |
| Scott A. Zuber, Esq. | Chiesa Shahinian & Giantomasi | szuber@csglaw.com |
| J. Cory Falgowski, Esq. | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso, Esq. | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
| Thomas O. Kelly, III, | Dorsey & Whitney LLP | kelly.tom@dorsey.com |
| Jeffrey S. Cianciulli, Esq. | Weir & Partners LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr., Esq. | Weir & Partners LLP | wweir@weirpartners.com |
| Michael P. Broadhurst, Esq. | Weir & Partners LLP | mbroadhurst@weirpartners.com |
| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Charles J. Brown, III, | Gellert Scali Busenkell & Brown, | cbrown@gsbblaw.com |
| Jason C. Kuhlman, Esq. | The Law Office Of Jason C. Kuhlman, PLLC | jason@jckuhlmanlaw.com |

| | | |
|---|---|---|
| Akshay Belani, Esq. | Troutman Pepper Hamilton Sanders | akshay.belani@troutman.com |
| Stephen L. Ascher, Esq. | Jenner & Block LLP | sascher@jenner.com |
| Robert J. Diehl, Jr. | Bodman PLC | rdiehl@bodmanlaw.com |
| Gregory S. | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |
| Linda J. Casey, Esq. | Office of the United States Trustee | linda.casey@usdoj.gov |
| Neil B. Glassman, Esq. | Bayard, P.A. | nglassman@bayardlaw.com |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Nicolas E. Jenner, Esq. | Landis Rath & Cobb LLP | jenner@lrclaw.com |
| Adam C. Harris, Esq. | Schulte Roth & Zabel LLP | adam.harris@srz.com |
| Tara LeDay, Esq. | McCreary, Veselka, Bragg & Allen, P.C. | tleday@mvbalaw.com |