## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 21-50966 (LSS) |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | **Re: Adv. D.I. 73, 232** |
| | Objection Deadline: **December 1, 2025** |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

## PLAINTIFF CHAPTER 7 TRUSTEE'S MOTION TO STRIKE ANSWER
## SOLELY AS TO THE HILD ENTITIES

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United

States District Court for the District of Delaware, made applicable by Rule 1001-1(g) of the Local

Rules of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), and

Local Rules 9010-1(d) and 9010-2(b), David W. Carickhoff, solely in his capacity as the chapter 7 trustee ("Trustee") of the estate of Live Well Financial, Inc. ("Debtor"), by and through his undersigned counsel, moves for the Court to strike the *Answer of Hild Defendants to Complaint* [Adv. D.I. 73] ("Answer") *solely* as to entity Defendants Church Hill Ventures LLC, Anderson's Neck LLC, The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC (collectively, the "Hild Entities") in this adversary proceeding.   The Trustee incorporates by reference its concurrently filed memorandum of law.

Dated: November 17, 2025

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: stanley.tarr@blankrome.com
         lorenzo.thomas@blankrome.com

-and-

**BLANK ROME LLP**
Michael B. Schaedle (admitted *pro hac vice*)
Michael D. Silberfarb (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: mike.schaedle@blankrome.com
         michael.silberfarb@blankrome.com

-and-

**CHIPMAN BROWN CICERO & COLE LLP**
Bryan J. Hall (No 6285)
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 414-8906
Email: hall@chipmanbrown.com

*Counsel for David W. Carickhoff,*
*Solely in his capacity as the Chapter 7 Trustee*