**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |

| | |
|---|---|
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 21-50966 (LSS) |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | **Re: Adv. D.I. ____** |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF CHAPTER 7 TRUSTEE'S MOTION TO STRIKE**
**ANSWER SOLELY AS TO THE HILD ENTITIES**

Upon consideration of *Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities* ("Motion")[1]; and the Court having jurisdiction to consider the Motion and the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and the Court having reviewed the Motion, and any declarations, exhibits, and other submissions file in support of, and opposition to, the Motion; and any objections or responses to the Motion having been resolved, withdrawn, or overruled by the Court; and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing therefor; **THE COURT HEREBY ORDERS:**

1.      The Motion is GRANTED as set forth herein.

2.      The Answer is stricken solely as to entity Defendants Church Hill Ventures LLC, Anderson's Neck LLC, The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC (collectively, the "Hild Entities").

3.      The Court retains jurisdiction over this Order and the relief granted herein.