# **CERTIFICATE OF SERVICE**

I, Stanley B. Tarr, hereby certify that on November 17, 2025, I served or caused to be served the foregoing *Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely As to the Hild Entities* via CM/ECF upon those parties registered to receive such electronic notifications in these cases and via electronic mail and United States Postal Service upon the following:

Michael and Laura Hild
2302 E. MARSHALL STREET
RICHMOND, VA 23223
michaelchristopherhild@gmail.com
luludyer@yahoo.com

Church Hill Ventures LLC; Anderson's Neck LLC; The Butterbean LLC; Dogtown Brewing LLC; Gardenia LLC; Hot Diggity Donuts LLC; Kingfisher LLC; Manastoh Brewing LLC; Aragon Coffee Co. LLC; Peter Stumpf Brewing Company LLC; Pin Money Pickles LLC; Rosenegk Brewing Co. LLC; Valentine's Meat-Juice Company LLC
c/o Laura Hild, as registered agent
FOREST HILL STATION
PO BOX 14144
RICHMOND, VA, 23225 – 9091

Climax Beverage Co. LLC; Urban Bleat Cheese Co. LLC
c/o Laura Hild, as registered agent
2302 E. MARSHALL ST.
RICHMOND, VA, 23223 – 0000

Darren Stumberger
cdjs2013@gmail.com

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)