## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| - against - | |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | Adv. Pro. No. 21-50966 (LSS)  Re: Adv. D.I. 204 |
| and | |
| JOHN DOES 1-100; | |
| Defendants. | |

### MOTION FOR IMMEDIATE RULING (WITHIN 7 DAYS FOR DEPOSITION) ON PENDING MOTION TO COMPEL DEPOSITION OF DAN FOSTER

Michael C. Hild[1], pro se defendant, respectfully moves for an immediate ruling on the papers

(without hearing) on the Motion to Compel Deposition of Dan Foster [Adv. D.I. 204] and states:

---

[1] Mr. Hild has prepared and filed this document *pro se* but it is written in third person for the sake of clarity when reading. Mr. Hild is not an attorney, and does not waive his right to maintain the confidential treatment of his attorney-client privileged communications.

1. The Motion to Compel has been pending without ruling for over five months.

2. Dan Foster is the single most important non-governmental witness in this case. He is the central figure in the bond pricing events that form the entire basis of the Trustee's valuation fraud claims. His live deposition testimony is absolutely indispensable to the defense and goes to the very heart of whether any fraud occurred.

3. Mr. Foster has engaged in sustained evasion and refusal to appear for deposition despite proper service of the subpoena, forcing the filing of the Motion to Compel. The continued delay — now approaching half a year — causes irreparable prejudice, particularly when combined with the Trustee's pending Motion to Strike the Hild Entities' Answer [Adv. D.I. 234] that seeks to manufacture a default while this critical testimony remains blocked.

4. Further delay serves no legitimate purpose and only prevents the truth about the bond valuations from being tested under oath before the Trustee attempts to extinguish the defendants' right to defend.

WHEREFORE, Mr. Hild respectfully requests that the Court enter the attached Proposed Order granting the Motion to Compel in its entirety and requiring Dan Foster to appear for deposition within seven (7) days of the date of this Order.

Dated: November 28, 2025

Respectfully submitted,

Michael C. Hild
2302 E Marshall Street
Richmond, VA 23223
michaelchristopherhild@gmail.com
(804) 306-4314

## Certificate of Service

I hereby certify that on November 28, 2025, I served the foregoing document via U.S. Mail on the Court and email on all counsel of record, including:

- Stanley B. Tarr, stanley.tarr@blankrome.com
- Lorenzo R. Thomas III, lorenzo.thomas@blankrome.com
- Michael B. Schaedle, mike.schaedle@blankrome.com
- Michael D. Silberfarb, michael.silberfarb@blankrome.com
- Bryan J. Hall, hall@chipmanbrown.com
- Sam M. Koch skoch@foley.com
- Charles Darren Stumberger cdjs2013@gmail.com
- Laura D. Hild luludyer@yahoo.com

Michael C. Hild

**Exhibits**
A: Proposed Order

**EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100;<br><br>Defendants. | Adv. Pro. No. 21-50966 (LSS)<br><br>Re: Adv. D.I. 204 |

## ORDER

Upon consideration of the Motion for Immediate Ruling on Pending Motion to Compel

Deposition of Dan Foster, it is hereby ORDERED that the Motion to Compel [Adv. D.I. 204] is

GRANTED in its entirety.

Third-party Dan Foster shall appear for deposition within seven (7) days of the date of this Order.

In the event Mr. Foster fails to appear, he shall be subject to contempt and coercive daily fines of $1,000 per day until he complies.

_____

Hon. Laurie Selber Silverstein
United States Bankruptcy Judge

Dated: _____, 2025

Retail

U.S. POSTAGE PAID
PM
RICHMOND, VA 23223
NOV 28, 2025

**$16.10**

19801
S2922S500709-41

7 Lb 6.4 Oz

RDC 03

FROM: HUD
2302 E. MARSHALL St.
Richmond VA 23223

TO: CLERK OF COURTS
3RD FLOOR
824 North Market Street
Wilmington DE 19801

EXPECTED DELIVERY DAY: 12/01/25



USPS TRACKING® #

9505 5147 8766 5332 7018 40