**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 21-50966 (LSS) |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | **Re: Adv. D.I. 234, 244** |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING REGARDING**
**PLAINTIFF CHAPTER 7 TRUSTEE'S MOTION TO STRIKE ANSWER**
<u>SOLELY AS TO THE HILD ENTITIES</u>

**PLEASE TAKE NOTICE** that the briefing concerning the *Plaintiff Chapter 7 Trustee's*

*Motion to Strike Answer Solely as to the Hild Entities* [Adv. D.I. 234] filed on November 17, 2025 (the

"<u>Motion</u>") has been completed.

**PLEASE TAKE FURTHER NOTICE** that the following papers are relevant to the Court's consideration of the Motion and will be delivered to Chambers:

1. Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 234; filed November 17, 2025]

2. Memorandum in Opposition to Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Exhibit A, Adv. D.I. 244-1; served November 28, 2025][1]

3. Plaintiff Chapter 7 Trustee's Reply in Support of Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 244; filed December 5, 2025]

Counsel for the Plaintiff is available at the Court's convenience should the Court have questions.

Dated: December 5, 2025

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464
Email: stanley.tarr@blankrome.com
          lorenzo.thomas@blankrome.com

-and-

**BLANK ROME LLP**
Michael B. Schaedle (admitted *pro hac vice*)
Michael D. Silberfarb (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-5500
Facsimile:     (215) 569-5555
Email: mike.schaedle@blankrome.com
          michael.silberfarb@blankrome.com

-and-

---

[1] The Memorandum in Opposition was served on Plaintiff but remains undocketed.

**CHIPMAN BROWN CICERO & COLE LLP**
Bryan J. Hall (No 6285)
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 414-8906
Email: hall@chipmanbrown.com

*Counsel for David W. Carickhoff,*
*Solely in his capacity as the Chapter 7 Trustee*