# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 21-50966 (LSS) |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | **Re: Adv. D.I. 234, 244** |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

**AMENDED NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF CHAPTER 7 TRUSTEE'S MOTION TO STRIKE ANSWER <u>SOLELY AS TO THE HILD ENTITIES</u>**

**PLEASE TAKE NOTICE** that the briefing concerning the *Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities* [Adv. D.I. 234] filed on November 17, 2025 (the "<u>Motion</u>") has been completed.

**PLEASE TAKE FURTHER NOTICE** that the following papers are relevant to the Court's consideration of the Motion and will be delivered to Chambers:

1. Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 234; filed November 17, 2025]

2. Memorandum in Opposition to Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Exhibit A, Adv. D.I. 244-1; served November 28, 2025]

3. Plaintiff Chapter 7 Trustee's Reply in Support of Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 244; filed December 5, 2025]

4. Sur-Reply in Opposition to Motion to Strike Answer Solely as to the Hild Entities and Request for Oral Argument [Adv. D.I. TBD; served December 6, 2025]

5. Motion for Leave to File Sur-Reply in Opposition to Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. TBD; served December 6, 2025][1]

Counsel for the Plaintiff is available at the Court's convenience should the Court have questions.

Dated: December 8, 2025

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464
Email: stanley.tarr@blankrome.com
         lorenzo.thomas@blankrome.com

-and-

**BLANK ROME LLP**
Michael B. Schaedle (admitted *pro hac vice*)
Michael D. Silberfarb (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-5500

---

[1] Item numbers 2, 4, and 5 were served on Plaintiff but remain undocketed. Copies of these documents will be delivered to Chambers with this Notice.

Facsimile:    (215) 569-5555
Email: mike.schaedle@blankrome.com
        michael.silberfarb@blankrome.com

-and-

**CHIPMAN BROWN CICERO & COLE LLP**
Bryan J. Hall (No 6285)
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 414-8906
Email: hall@chipmanbrown.com

*Counsel for David W. Carickhoff,*
*Solely in his capacity as the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I, Stanley B. Tarr, hereby certify that on December 8, 2025, I served or caused to be served the foregoing *Amended Notice of Completion of Briefing Regarding Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely As to the Hild Entities* and *Plaintiff Chapter 7 Trustee's Reply In Support of the Motion to Strike Answer Solely As to the Hild Entities* via CM/ECF upon those parties registered to receive such electronic notifications in these cases and via electronic mail upon the following:

Michael and Laura Hild
michaelchristopherhild@gmail.com
luludyer@yahoo.com

Darren Stumberger
cdjs2013@gmail.com

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)