# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br>                Defendants. | Adv. No. 21-50966 (LSS)<br><br>**Re: Adv. D.I. 244, 245** |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on December 5, 2025, I served or caused to be served (i) *Plaintiff Chapter 7 Trustee's Reply in Support of Motion to Strike Answer Solely as to the Hild Entities* [Adv. D.I. 244] and (ii) *Notice of Completion of Briefing Regarding Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely As to the Hild Entities* and *Plaintiff Chapter 7 Trustee's*

*Reply In Support of the Motion to Strike Answer Solely as to the Hild Entities* [Adv. D.I. 245] via CM/ECF upon those parties registered to receive such electronic notifications in these cases and via electronic mail and United States Postal Service upon the following:

Michael and Laura Hild
2302 E. MARSHALL STREET
RICHMOND, VA 23223
michaelchristopherhild@gmail.com
luludyer@yahoo.com

Church Hill Ventures LLC; Anderson's Neck LLC; The Butterbean LLC; Dogtown Brewing LLC; Gardenia LLC; Hot Diggity Donuts LLC; Kingfisher LLC; Manastoh Brewing LLC; Aragon Coffee Co. LLC; Peter Stumpf Brewing Company LLC; Pin Money Pickles LLC; Rosenegk Brewing Co. LLC; Valentine's Meat-Juice Company LLC
c/o Laura Hild, as registered agent
FOREST HILL STATION
PO BOX 14144
RICHMOND, VA, 23225 – 9091

Climax Beverage Co. LLC; Urban Bleat Cheese Co. LLC
c/o Laura Hild, as registered agent
2302 E. MARSHALL ST.
RICHMOND, VA, 23223 – 0000

Darren Stumberger
cdjs2013@gmail.com

Dated: December 9, 2025                             **BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464
Email: stanley.tarr@blankrome.com
           lorenzo.thomas@blankrome.com

-and-

**BLANK ROME LLP**
Michael B. Schaedle (admitted *pro hac vice*)

2

Michael D. Silberfarb (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: mike.schaedle@blankrome.com
      michael.silberfarb@blankrome.com

-and-

**CHIPMAN BROWN CICERO & COLE LLP**
Bryan J. Hall (No 6285)
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 414-8906
Email: hall@chipmanbrown.com

*Counsel for David W. Carickhoff, Solely in his capacity as the Chapter 7 Trustee*