## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as the Chapter 7 Trustee of Live Well Financial, Inc.,<br><br>        Plaintiff,<br><br>  -against-<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, and JOHN DOES 1-100,<br><br>        Defendants. | Adv. No. 21-50966 (LSS)<br><br>Re: Adv. D.I. 235 |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that Plaintiff David W. Carickhoff hereby gives notice pursuant to Del. Bankr. L.R. 7007-4 that briefing on the *Darren Stumberger's Motion to Vacate Default and Any Default Judgments* [Adv. D.I. 235] filed on December 1, 2025, is now complete and ready for disposition by the Court.

PLEASE TAKE FURTHER NOTICE that the relevant filings are as follows:

| Tab | Description | D.I. |
|---|---|---|
| 1. | Darren Stumberg's Motion to Vacate Default and Any Default Judgments, filed on December 1, 2025 | D.I. 235 |
| 2. | Plaintiff Chapter 7 Trustee's Objection to Darren Stumberg's Motion to Vacate Default and Any Default Judgments, filed on December 12, 2025 | D.I. 248 |
| 3. | Defendant Darren Stumberger's Reply to Trustee's Objection to Vacate Entry of Default, filed on December 29, 2025 | D.I. 255 |

Dated: January 22, 2026

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
root@chipmanbrown.com
hall@chipmanbrown.com

-and-

Stanley B. Tarr (No. 5535)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Tel:    (302) 425-6400
Email: Stanley.Tarr@blankrome.com

-and-

Michael B. Schaedle (admitted pro hac vice)
Michael D. Silberfarb (admitted pro hac vice)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel.:    (215) 569-5500
Mike.Schaedle@BlankRome.com
Michael.Silberfarb@BlankRome.com

*Counsel for Plaintiff David W. Carickhoff,*
*the Chapter 7 Trustee*

2

4932-9118-4266, v. 1