**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | Adv. No. 21-50966 (LSS) |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
**AGAINST HILD ENTITY DEFENDANTS**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE:

Please enter default against Defendants Church Hill Ventures LLC, Anderson's Neck LLC,

The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC (collectively, "Hild Entity Defendants"), pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Bankr. P. 7055, for their failure to defend this adversary proceeding as set forth in the accompanying *Declaration of Michael B. Schaedle in Support of Plaintiff's Request for Entry of Default Against Hild Entity Defendants*.

Dated: July 14, 2026
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE LLP
Bryan J. Hall (No 6285)
1313 N. Market Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 414-8906
Email: hall@chipmanbrown.com

*/s/ Stanley B. Tarr*
BLANK ROME LLP
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

-and-

Michael B. Schaedle (admitted *pro hac vice*)
Michael D. Silberfarb (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: mike.schaedle@blankrome.com
michael.silberfarb@blankrome.com

*Counsel for David W. Carickhoff,*
*Chapter 7 Trustee*

2