**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br><br>Defendants. | Adv. No. 21-50966 (LSS)<br><br>**Re: Adv. D.I. 268** |

**CERTIFICATE OF SERVICE**

I, Lawrence R. Thomas, hereby certify that on August 20, 2026, I served or caused to be served the Court's *Order* [Adv. D.I. 268] via electronic mail and United States Postal Service upon the following:

Michael and Laura Hild
2302 E. MARSHALL STREET
RICHMOND, VA 23223
michaelchristopherhild@gmail.com
luludyer@yahoo.com

Michael Hild; Register Number: 93692-083
FCI Petersburg Low
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 1000
PETERSBURG, VA 23804

Church Hill Ventures LLC; Anderson's Neck LLC; The Butterbean LLC; Dogtown Brewing LLC; Gardenia LLC; Hot Diggity Donuts LLC; Kingfisher LLC; Manastoh Brewing LLC; Aragon Coffee Co. LLC; Peter Stumpf Brewing Company LLC; Pin Money Pickles LLC; Rosenegk Brewing Co. LLC; Valentine's Meat-Juice Company LLC
c/o Laura Hild, as registered agent
FOREST HILL STATION
PO BOX 14144
RICHMOND, VA, 23225 – 9091

Climax Beverage Co. LLC; Urban Bleat Cheese Co. LLC
c/o Laura Hild, as registered agent
2302 E. MARSHALL ST.
RICHMOND, VA, 23223 – 0000

Darren Stumberger
cdjs2013@gmail.com

Dated: August 20, 2026
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*

Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Stanley.Tarr@BlankRome.com
Lorenzo.Thomas@BlankRome.com

-and-

Michael B. Schaedle (admitted *pro hac vice)*
Michael D. Silberfarb (admitted *pro hac vice)*
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500

Facsimile: (215) 569-5555
Email: Mike.Schaedle@BlankRome.com
Michael.Silberfarb@BlankRome.com

-and-

**CHIPMAN BROWN CICERO & COLE, LLP**
Alan M. Root (No. 5427)
Bryan J. Hall (No 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Tel: (302) 295-0191
Fax: (302) 295-0199
Email: root@chipmanbrown.com
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*