**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| LIVE WELL FINANCIAL, INC., by and through David W. Carickhoff, as Liquidating Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br>Defendants. | Adv. No. 21-50966 (LSS) |

**PLAINTIFF CHAPTER 7 TRUSTEE'S OPPOSITION TO *DEFENDANTS* MICHAEL C. HILD AND LAURA D. HILD'S MOTION FOR SIXTY-DAY EXTENSION OF TIME FOR HILD ENTITIES TO RETAIN SUBSTITUTE COUNSEL AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff David W. Carickhoff, the Chapter 7 Trustee ("Trustee") of the estate of Live Well Financial, Inc., by undersigned counsel, files this opposition ("Opposition") to Defendants Michael

C. Hild and Laura D. Hild's (together, "Hilds") *Motion for Sixty-Day Extension of Time for Hild Entities to Retain Substitute Counsel and Request for Expedited Consideration* ("Motion") and states as follows.

**OPPOSITION**

1. The Trustee opposes the Motion and respectfully requests that the Court deny it on laches grounds. *See Kars 4 Kids Inc. v. America Can!*, 98 F.4th 436 (3d Cir. 2024) (vacating and remanding with instructions to dismiss claims with prejudice for the District Court's abuse of its discretion in failing to apply the presumption in favor of laches).

2. Despite Defendants' complaints as early as April 2025 about their representation by Geller Seitz Busenkell & Brown, LLC ("GSBB") [*see* D.I. 186], the Hild Entities took no action to search for or retain substitute counsel. The Court delayed terminating GSBB's representation of the Hild Entities for nearly 5 months—from the filing of GSBB's motion to withdraw in April 2025 through mediation scheduled for September 2025—but the Hilds' unreasonable demands and bad faith undermined the attempt to mediate. *See* [D.I. 233]. After GSBB's representation ended on October 30, 2025, the Hild Entities[1] had 294 days' notice to retain substitute counsel.

3. Rather than heed the Court's admonition at the May 25, 2025 hearing that the Hild Entities could not be represented *pro se*, Defendants waited until *after* entry of the Court's August 20, 2026 order to search for substitute counsel. Instead of focusing on finding substitute counsel, the Hild Entities served the Motion on the Trustee and Chambers without filing it on September 1, 2026. This service occurred despite the fact the Hild Entities had already gained an additional 8

[1] Defendants Church Hill Ventures LLC, Anderson's Neck LLC, The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC (collectively, "Hild Entities").

days to retain substitute counsel between the Court's direction at the August 12, 2026 hearing that they do so within 30 days and the Court's entry of its August 20, 2026 order.

4. Accordingly, the Hild Entities' inaction and tardy, unsuccessful search for counsel are entirely of their own making, and no good cause exists for any further extension.

5. The Trustee should not be prejudiced by Defendants' inexcusable delay in retaining substitute counsel.

6. Accordingly, the Trustee respectfully requests that the Court deny the Motion and grant any further relief it deems just, necessary, and proper. In the alternative, the Trustee requests that any extension be limited to 14 days after the current deadline expires.

Dated: September 8, 2026

*<u>/s/ Stanley B. Tarr</u>*

Stanley B. Tarr (No. 5535)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Tel: (302) 425-6400
Email: Stanley.Tarr@blankrome.com

-and-

Michael B. Schaedle (admitted *pro hac vice*)
Michael D. Silberfarb (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel.: 215-569-5500
Mike.Schaedle@BlankRome.com
Michael.Silberfarb@BlankRome.com

-and-

Bryan J. Hall (No. 6285)
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 N. Market St., Suite 5400
Wilmington, DE 19801
Tel: (302) 295-0191
Hall@ChipmanBrown.com